No. 778. AIRCOACH TRANSPORT ASSOCIATION, INC., ET AL. v. AMERICAN AIRLINES, INC., ET AL.; and

No. 779. INDEPENDENT MILITARY AIR TRANSPORT ASSOCIATION v. AMERICAN AIRLINES, INC., ET AL. Motion of petitioners to defer consideration of the petitions for writs of certiorari denied. MR. JUSTICE BLACK would grant the motion. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Albert F. Beitel* and *John H. Pratt* for petitioners in No. 778. *Coates Lear* and *Theodore I. Seamon* for petitioner in No. 779. *Howard C. Westwood, John T. Lorch* and *Robert L. Stern* for

respondents, and *Mr. Lorch* and *Mr. Stern* for United Air Lines, Inc., *W. Glen Harlan* for Eastern Air Lines, Inc., *Henry J. Friendly* and *Robert C. Barnard* for Pan American World Airways, Inc., *L. Welch Pogue* for Delta Air Lines, Inc., *C. Edward Leasure* for Continental Air Lines, Inc., et al., *John F. Floberg* for Allegheny Airlines, Inc., et al., *Mr. Pogue, D. P. Renda* and *John W. Simpson* for Western Air Lines, Inc., *Charles H. Murchison* for Capital Airlines, Inc., *Hubert A. Schneider* for Braniff Airways, Inc., *John Marshall* for Pacific Northern Airlines, Inc., *Amos M. Mathews, A. P. Donadio, Russell B. James, D. O. Mathews* and *Guernsey Orcutt* for Abilene & Southern Railway Co. et al., and *Richard A. Fitzgerald* for National Airlines, Inc., respondents. Reported below: 98 U. S. App. D. C. 348, 235 F. 2d 845.